# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13311

_____

UNITED STATES OF AMERICA,

                                                                                           Plaintiff-Appellee,

*versus*

ORESTES HERNANDEZ,
a.k.a. John Doe 2,
a.k.a. Cuco,

                                                                                          Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:96-cr-00443-JEM-4

_____

ORDER:

The Court directs that pro bono counsel be appointed as amicus curiae to defend the district court's judgment in this appeal. Amicus curiae counsel does not represent either party in this appeal. Counsel will be appointed by separate order.

Within 28 days after the order appointing amicus curiae counsel, amicus curiae counsel shall file a response brief defending the district court's refusal to apply the First Step Act during the defendant's resentencing.

With 7 days after the response brief is filed, Appellant may file a reply brief.

The response brief and the reply brief shall follow the type-volume limitations in Fed. R. App. P. 32(a)(7)(B).

At oral argument, amicus curiae counsel will be allowed to argue in the position of an appellee. Upon the issuance of an opinion in this appeal, amicus curiae counsel's appointment will end, and counsel will have no further responsibilities pertaining to this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION