# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13311

_____

UNITED STATES OF AMERICA,

                                                                    Plaintiff-Appellee,

*versus*

ORESTES HERNANDEZ,
a.k.a. John Doe 2,
a.k.a. Cuco,

                                                                      Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:96-cr-00443-JEM-4

_____

2                              Order of the Court                          22-13311

ORDER:

Appellee's motion for leave to file reply brief in response to Court-appointed amicus curiae within 7 days after the Court-appointed amicus curiae response brief is filed is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION